U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 0 8 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:13-CR-20016-001 |
| | ) | |
| RODNEY VANCE PARKER | ) | 18 U.S.C. §§ 1347(2) and 2(b) |

## INFORMATION

The United States Attorney charges:

1. At all times pertinent, **RODNEY VANCE PARKER** was the owner of Rose Drug of Paris, Inc.

2. Rose Drug of Paris, Inc. was assigned a National Provider Identification (NPI) number.

3. The NPI registry listed the principal address as 1211 East Walnut Street, Paris, Arkansas 72855.

4. The NPI registry listed the company as a "Pharmacy-Community/Retail Pharmacy", "Medicade" and "Medicare NSC" health care provider.

5. Rose Drug of Paris, Inc. was a Medicare Part D Provider.

6. Rose Drug of Paris, Inc. received reimbursement from Medicare Part D based upon several criteria to include the specific drug dispensed and the quantity dispensed.

7. "Repackaged" drugs are a type of drug which was originally produced by the manufacturer and then obtained by a "repackaging company" who would then divide the pills into a certain quantity and seal the pills in certain packaging materials.

8. Rose Drug of Paris, Inc. purchased "repackaged drugs" wholesale from the following

repackaging companies:

(a) Dispense Xpress;
(b) PDRX Pharmaceutical; and,
(c) Quality Care.

9. The reimbursement Rose Drug of Paris, Inc. received from Medicare Part D was higher for "repackaged drugs" compared to a non-repackaged equivalent drug.

10. Rose Drug of Paris, Inc. submitted claims to Medicare Part D for drugs purchased from the following repackaging companies:

(a) Dispense Xpress;
(b) PDRX Pharmaceutical; and,
(c) Quality Care.

## COUNT 1

From on or about November 8, 2007 to on or about February 8, 2010, in the Western District of Arkansas, Fort Smith Division, the defendant, **RODNEY VANCE PARKER**, knowingly and wilfully executed a scheme and artifice to obtain money under the care, custody and control of the United States, to-wit: from Medicare Part D, a federal health care program which provides health benefits funded by the United States Government in that **RODNEY VANCE PARKER** caused claims to be sent to Medicare Part D for payment which falsely stated they were for repackaged drugs when in truth and in fact customers received the less expensive non-repackaged equivalent, in violation of Title 18 U.S.C. §§ 1347(2) and 2(b).

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: *Steven N. Snyder*
Steven N. Snyder
Assistant U.S. Attorney
Arkansas Bar No. 72101
414 Parker Avenue
Ft. Smith, AR 72901
479-783-5125